

**FILED**

SEP 01 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 3:21 CR 631 |
| v. | ) ) | JUDGE CARR |
|  | ) CASE NO. | MAG. JUDGE CLAY |
| MICHAEL ARMOUR, | ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) ) | |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about July 4, 2021, in the Northern District of Ohio, Western Division, Defendant MICHAEL ARMOUR, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Possession of Heroin, Improperly Handling Firearms in a Motor Vehicle, Having Weapons While Under Disability, and Receiving Stolen Property, on or about March 1, 2012, in Case Number CR-202102709, in Lucas County Common Pleas Court and felony Driving Under the Influence of Alcohol, on or about January 13, 2016, in Case Number CR-201501995, in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus G2C, 9mm handgun, bearing serial number TLY36305, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).



## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MICHAEL ARMOUR shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such offense; including, but not limited to the following property: a Taurus G2C, 9mm handgun, bearing serial number TLY36305, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.